JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLEN J. LERNER, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EXECUTIVE MARKETING CONSULTANTS, INC., a California corporation, ELLIS LAW CORPORATION, a California corporation,<br><br>　　　　Defendants.<br><br>AND ALL RELATED CLAIMS | CASE NO. 2:19-cv-07785-AB-PLA<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial Date: January 12, 2021<br><br>Judge: Hon. André Birotte, Jr.<br>Magistrate: Paul L. Adams |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

2:19-cv-07785-AB-PLA

ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all claims and causes of action, with each party to bear their own attorneys' fees and costs. The Court shall maintain jurisdiction to enforce the terms of the Settlement Agreement.

IT IS SO ORDERED:

Dated: August 13, 2020

_____
Hon. André Birotte, Jr.
Judge of the United States District Court for the Central District of California